FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ. (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for Defendants*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CARMONA, an individual; ) | Case No: 2:26-cv-00105 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **TO EXTEND TIME FOR** |
| ) | **DEFENDANT FIDELITY** |
| FIDELITY NATIONAL MANAGEMENT ) | **NATIONAL FINANCIAL, INC.** |
| SERVICES, LLC, a Nevada limited liability) | **TO ANSWER OR RESPOND** |
| company, FIDELITY NATIONAL ) | **TO PLAINTIFF'S COMPLAINT** |
| FINANCIAL, INC., a Nevada corporation, ) | **(FIRST REQUEST)** |
| ) | |
| Defendants. ) | |
| ————————————————— ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant Fidelity National Financial, Inc. will have an extension of time up to and including **March 31, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1. Defendant Fidelity National Financial, Inc. was served on February 25, 2026, making responsive deadline due March 18, 2026.

2. Defendant Fidelity National Management Services, LLC has not been served, and the parties have agreed to waive service for Defendant Fidelity National Management Services, LLC.

- 1 -

FP 60296768.1

3.  The extension is being sought in the interest of efficiency to permit the Defendants to file one responsive pleading to Plaintiff's Complaint on behalf of both entities.

4.  Although the wavier of service on Defendant Fidelity National Management Services, LLC permits up to 60 days from the date of the request to respond to Plaintiff's Complaint, Defendants only seek to the time necessary to draft the response on behalf of both parties, which is twenty-one days from the date of the discussion of accepting service/waiving service for Defendant Fidelity National Management Services, LLC.

5.  The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6.  This Stipulation is made in good faith and not for the purpose of delay.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

- 2 -

FP 60296768.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

GREENBERG GROSS LLP

FISHER & PHILLIPS, LLP

_____
JEMMA E. DUNN, ESQ.
MATTHEW T. HALE, ESQ.
PHILIP A. HORLACHER, ESQ.
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive,
Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

   */s/ Brandon Born*
JENNIER A. FORNETTI, ESQ.
BRANDON A. BORN, ESQ.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

 March 13, 2026 
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 3 -

FP 60296768.1