FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ.  (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CARMONA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Nevada limited liability company, FIDELITY NATIONAL FINANCIAL, INC., a Nevada corporation,<br><br>Defendants. | Case No: 2:26-cv-00105- APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Plaintiff Michael Carmona ("Plaintiff") and Defendants Fidelity National Management Services, LLC and Fidelity National Financial, Inc. (hereinafter collectively "Defendants") submit the following joint stipulation and request that discovery deadlines in the Scheduling Order (ECF No. 14) be extended sixty days (60) to allow Defendant to take Plaintiff's deposition, for Plaintiff to take the deposition of Defendant's 30(b)(6) witness(es), and exchange written discovery on behalf of the proper parties. The parties have filed a Stipulation and Order Permitting Plaintiff to Amend Complaint (ECF No. 22) to amend the pleadings to name Fidelity National Home Warranty Company as a Defendant, as the parties have stipulated and agreed that Fidelity National Home Warranty was Plaintiff's employer, and respectfully request

- 1 -

FP 64250952.2

FISHER & PHILLIPS LLP<br>300 S Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101

additional time to complete discovery in this case with the parties named in the amended pleading. Accordingly, the parties are also requesting the following deadlines be modified:

| Description of Discovery Deadline | Current Discovery Deadline | Proposed Discovery Deadline |
|---|---|---|
| Fed. R. Civ. P. 26(a)(2) Disclosures (Initial Experts) | July 30, 2026 | September 28, 2026 |
| Fed. R. Civ. P. 26(a)(2) Disclosures | August 31, 2026 | October 30, 2026 |
| Discovery Cut Off | September 28, 2022 | November 27, 2026 |
| Dispositive Motion(s) | October 28, 2026 | December 28, 2026[1] |
| Joint Pretrial Order | November 27, 2026 | January 26, 2027 |

The parties provide the following information to the Court regarding the proposed extension of the discovery deadline.

### *Discovery Completed To Date*

The parties have exchanged their initial disclosures. Plaintiff has disclosed 337 pages of documents and Defendants have disclosed 240 pages of documents. Plaintiff served an initial set of requests for admissions, request for production of documents, and interrogatories to Defendant Fidelity National Financial, Inc. and which Defendant Fidelity National Financial, Inc. responded to. Plaintiff served an initial set of requests for admissions, request for production of documents, and interrogatories to Defendant Fidelity National Management Services, LLC. Defendant Fidelity National Financial, Inc. served an initial set of requests for admissions, request for production of documents, and interrogatories to Plaintiff. Plaintiff noticed the deposition of

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

---

[1] The sixtieth day after October 28, 2026, is Sunday December 27, 2026.

- 2 -

FP 64250952.2

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Defendant Fidelity National Management Services, LLC's Rule 30(b)(6) representative.

### *Remaining Discovery To Be Completed*

Plaintiff intends to serve an initial set of written discovery to Fidelity National Home Warranty Company after the filing of the Amended Complaint; Defendant intends to conduct the deposition(s) of Plaintiff; Plaintiff intends to conduct the depositions of Rule 30(b)(6) designees; depositions may also be conducted of any current or former employees; and the parties may also conduct additional related written discovery.

### *Reasons Discovery Could Not Be Completed Within The Existing Deadline*

The parties have filed a Stipulation and Order Permitting Plaintiff to Amend Complaint (ECF No. 22), as the parties have stipulated that Fidelity National Home Warranty Company was Plaintiff's employer and that Plaintiff may file their proposed First Amended Complaint naming Fidelity National Home Warranty Company as a Defendant.

As a result of the amendment, the parties must now exchange written discovery directed to the proper employer, complete party depositions, including Plaintiff's deposition and the Rule 30(b)(6) deposition(s) of the appropriate corporate representative(s), and conduct any necessary follow-up discovery based upon the amended pleadings and the discovery exchanged thereafter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 3 -

FP 64250952.2

The requested sixty (60)-day extension will allow the parties sufficient time to complete this remaining discovery with the properly named parties and to conduct any follow-up written discovery necessitated by the deposition testimony. The requested extension is sought in good faith, is not intended for purposes of delay, and will promote the efficient resolution of this matter on its merits.[2]

**SO STIPULATED.**

DATED this 9th day of July 2026.

GREENBERG GROSS, LLP

*/s/ Philip A. Horlacher*
JEMMA E. DUNN, ESQ.
MATTHEW T. HALE, ESQ.
PHILIP A. HORLACHER, ESQ.
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive,
Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

DATED this 9th day of July 2026.

FISHER & PHILLIPS, LLP

*/s/ Brandon A. Born*
JENNIFER A. FORNETTI, ESQ.
BRANDON A. BORN, ESQ.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT MAGISTRATE JUDGE

___July 10, 2026_____
DATED

---

[2] *See* Fed. R. Civ. P. 1.

- 4 -

FP 64250952.2

**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101