FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ.  (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL CARMONA, an individual; | Case No: 2:26-cv-00105-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT** |
| FIDELITY NATIONAL MANAGEMENT SERVICES, LLC, a Nevada limited liability company, FIDELITY NATIONAL FINANCIAL, INC., a Nevada corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Plaintiff Michael Carmona ("Plaintiff") and Defendants Fidelity National Management Services, LLC and Fidelity National Financial, Inc. (hereinafter collectively "Defendants") submit the following joint stipulation and request that the Court grant Plaintiff leave to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

This Stipulation is submitted and based on the following:

1.      Plaintiff filed his Complaint on January 16, 2026 (ECF No. 1). The Complaint names Fidelity Management Services, LLC and Fidelity National Financial, Inc. as Defendants based on Plaintiff's allegation that he was employed by Defendants.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 1 -

FP 64250952.2

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

2.    On March 31, 2026, Defendants filed an Answer (ECF No. 11). In the Answer, Fidelity Management Services, LLC admitted that it was Plaintiff's employer.

3.    Following additional investigation, it appears that Plaintiff's employer, for purposes of the claims asserted in the Complaint, was Fidelity National Home Warranty Company.

4.    The parties' counsel have met an conferred on this issue. For purposes of the claims asserted in Plaintiff's Complaint, the parties stipulate and agree that Plaintiff's employer was Fidelity National Home Warranty Company.

5.    Consistent with Federal Rule of Civil Procedure 1, and in the interests of the just, speedy, and inexpensive determination of this action, the parties stipulate that Plaintiff may amend Plaintiff's Complaint to add Fidelity National Home Warranty Company as a Defendant.

6.    The parties stipulate that Plaintiff may file the proposed First Amended Complaint, attached hereto as Exhibit A, and request that the Court enter the accompanying Order granting Plaintiff leave to file that pleading.

7.    The parties further stipulate and agree that pursuant to Federal Rule of Civil Procedure 15(c), the addition of Fidelity National Home Warranty Company as a Defendant will relate back to the date of the filing of the original pleading, January 16, 2026.

8.    The parties further stipulate and agree that no party will reference, rely upon, or otherwise use the admission in Defendants' Answer (ECF No. 11) that Fidelity Management Services, LLC was Plaintiff's employer, including for purposes of any motion, discovery dispute, trial, hearing, or other proceeding in this action.

9.   This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

- 2 -

FP 64250952.2

10.     Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

**SO STIPULATED.**

GREENBERG GROSS, LLP                    FISHER & PHILLIPS, LLP


/s/ Philip A. Horlacher                        /s/ Brandon A. Born
JEMMA E. DUNN, ESQ.                      JENNIFER A. FORNETTI, ESQ.
MATTHEW T. HALE, ESQ.                   BRANDON A. BORN, ESQ.
PHILIP A. HORLACHER, ESQ.             300 S. Fourth Street
**GREENBERG GROSS LLP**                 Suite 1500
1980 Festival Plaza Drive,                     Las Vegas, Nevada 89101
Suite 730                                            *Attorneys for Defendants*
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*


**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT MAGISTRATE JUDGE

 July 13, 2026
DATED

FP 64250952.2

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101